# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 12, 2021 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-20-1908 (KAM) |
| **NAME OF CASE(S):** | **BENNY -V- THE CITY OF LONG BEACH ET AL** |
| **FOR PLAINTIFF(S):** | Brewington, Korenbaum |
| **FOR DEFENDANT(S):** | Miller |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 11:00 - 11:15 |

## RULINGS FROM DISCOVERY CONFERENCE:

Plaintiff's Motion for Discovery [30] is granted in part and denied in part. Parties will exchange initial disclosures, medical releases and a 160.50 release by January 26, 2021. The Court declines to order full discovery at this time while a fully-briefed dispositive motion is pending.